UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN P. COOK | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | |
| | * | JUDGE |
| LIVINGSTON PARISH DEPUTY DENNY PERKINS, AND WILLIE GRAVES, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH | * * * * | MAG. JUDGE |

## NOTICE OF REMOVAL

Defendants, Willie Graves, Sheriff of Livingston Parish, State of Louisiana, and Deputy Denny Perkins, file this notice of removal on the following grounds:

1.

On April 4, 2012, a Petition was filed on behalf of plaintiff, Stephen P. Cook ("Cook"), in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, styled *"Stephen P. Cook versus Livingston Parish Deputy Denny Perkins and Willie Graves, in his capacity as Sheriff of Livingston Parish,"* bearing Docket Number 136698, Division E.

2.

On April 13, 2012, Defendants were served with the Petition for Damages.

3.

Attached hereto as Exhibit A, *in globo*, is a complete copy of all pleadings currently filed in the court record for the 21st Judicial District Court, including a copy of all process served on defendants.

4.

In his state court Petition, Cook alleges that on April 7, 2011, he was met by Livingston Parish Sheriff deputies with weapons drawn, ordering him to get down on the ground. Cook

1

further alleges that the deputies struck him in the head, rendering him temporarily unconscious, handcuffed him, and took him into the residence of Dustin Wayne Blocker and Kelly Martin Blocker in Denham Springs, Louisiana. Cook then alleges that Deputy Perkins proceeded to punch and/or slap him from the rear, rendering him nearly unconscious, and then stuck an ink pen in Cook's face, telling him "you are going to give me something right now."

5.

In his Petition, Cook asserts that Sheriff Graves, Deputy Perkins, and all other deputies who were involved in the incident are "liable for the actions describes hereinabove under L.S.A.-C.C. Articles 2315, 2317, 2320, and 2324, in addition to the doctrines of respondiate [sic] superior, vicarious liability, and 42 USC, Article 1983."

6.

Cook further alleges that, as a result of the described incident, he has suffered wrongful arrest, wrongful incarceration, severe injury to his head and ear, and other parts of his body, humiliation, embarrassment and mental anguish, emotional distress, loss of income and future income, and malicious prosecution.

7.

Cook further seeks attorneys' fees and punitive damages which are not recoverable under Louisiana law. Though defendants deny that plaintiff is entitled to such recovery, any such recovery may only be made pursuant to plaintiff's claims under 42 U.S.C. § 1983.

8.

Defendants state that this Court has original jurisdiction over the claims asserted by plaintiff arising under 42 U.S.C. § 1983 pursuant to the provisions of 28 U.S.C. § 1331.

9.

Defendants further state that this Court has supplemental jurisdiction over all state law claims asserted by plaintiff pursuant to the provisions of 28 U.S.C. § 1367(a) because those claims are so related to claims asserted under 42 U.S.C. § 1983, for which this court has original jurisdiction, that they form part of the same case or controversy under Article III of the United States Constitution.

10.

Based on the foregoing, Defendants show that this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

11.

Defendants show that this notice of removal was timely filed with this Court pursuant to the provisions of 28 U.S.C. § 1446, because it was removed within 30 days after the service of the Citation and Petition upon Defendants.

12.

The venue of this removal action is proper pursuant to the provisions of 28 U.S.C. § 1441(a), inasmuch as the United States District Court for the Middle District of Louisiana embraces Livingston Parish and the 21st Judicial District Court, which is the place where the state court action is pending.

13.

Notice of the filing of this removal is being given to the adverse parties, as required by law.

14.

A true copy of this notice of removal is being filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, as required by law.

15.

Defendants, Willie Graves, Sheriff of Livingston Parish, State of Louisiana, and Deputy Denny Perkins, hereby remove this case from the 21st Judicial District Court, Parish of Livingston, to the United States District Court for the Middle District of Louisiana for further disposition.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ Cullen J. Dupuy
Cullen J. Dupuy, T.A. (La. Bar Roll No. 22345)
Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)
*Attorneys for Sheriff Willie Graves and Deputy Denny Perkins*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN P. COOK | * CIVIL ACTION NO.: |
| | * |
| VERSUS | * |
| | * JUDGE |
| LIVINGSTON PARISH DEPUTY DENNY PERKINS, AND WILLIE GRAVES, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH | * |
| | * |
| | * MAG. JUDGE |
| | * |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared

**Cullen J. Dupuy**

who, after being duly sworn did depose and say:

That the allegations contained in the Notice of Removal filed herein are true and correct to the best of his knowledge, information, and belief.

_____
Cullen J. Dupuy

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 30th day of April, 2012, Baton Rouge, Louisiana.

_____
NOTARY PUBLIC

Notary Name Printed: Christopher A. Mason
Notary ID No.: Bar Roll # 29328
My Commission Expires: Lifetime Commission

1033036.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN P. COOK | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | |
| | * | JUDGE |
| LIVINGSTON PARISH DEPUTY DENNY | * | |
| PERKINS, AND WILLIE GRAVES, IN | * | |
| HIS CAPACITY AS SHERIFF OF | * | MAG. JUDGE |
| LIVINGSTON PARISH | * | |

## PROOF OF SERVICE

Cullen J. Dupuy, being duly sworn, does depose and say that he is a member of the bar of the State of Louisiana, is admitted to practice before the United States District Court, Middle District of Louisiana, is a member of the firm of Breazeale, Sachse & Wilson, L.L.P., and is counsel for Defendants, Willie Graves, Sheriff of Livingston Parish, State of Louisiana, and Deputy Denny Perkins.

Affiant further states that, on the 30th day of April, 2012, after the Notice of Removal had been filed with the above court, he forwarded a copy of said Notice of Removal and attachments via facsimile and by depositing same in the U.S. Mail, postage prepaid and properly addressed to:

    Stephen P. Cook,
    Through his attorney of record,
    Phillip J. Shaheen
    Attorney at Law
    8966 Interline Ave
    Baton Rouge, Louisiana 70809-1963
    Facsimile: 225-926-8552
    email: shaheenatlaw@gmail.com

Affiant further states that, on the same day, immediately following the delivery of the aforesaid papers, he had hand delivered a copy of the notice of removal to the Clerk of Court for

1033036.1

the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, for filing in the matter entitled *"Stephen P. Cook versus Livingston Parish Deputy Denny Perkins and Willie Graves, in his capacity as Sheriff of Livingston Parish,"* bearing Docket Number 136698, Division E.

_____
Cullen J. Dupuy

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 30th day of April, 2012, Baton Rouge, Louisiana.

_____
NOTARY PUBLIC

Notary Name Printed: Christopher A. Mason
Notary ID No.: Bar roll # 29328
My Commission Expires: Lifetime Commission

1033036.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN P. COOK | * CIVIL ACTION NO.: |
| | * |
| VERSUS | * |
| | * JUDGE |
| LIVINGSTON PARISH DEPUTY DENNY PERKINS, AND WILLIE GRAVES, IN HIS CAPACITY AS SHERIFF OF LIVINGSTON PARISH | * |
| | * |
| | * MAG. JUDGE |
| | * |

## NOTICE TO ADVERSE PARTY

To:   Stephen P. Cook,
      Through his attorney of record,
      Phillip J. Shaheen
      Attorney at Law
      8966 Interline Ave
      Baton Rouge, Louisiana 70809-1963

**YOU ARE HEREBY NOTIFIED** that the Defendants, Willie Graves, Sheriff of Livingston Parish, State of Louisiana, and Deputy Denny Perkins, have filed the attached Notice of Removal, along with other attached documents, with the Clerk of Court for the United States District Court, Middle District of Louisiana, and a copy of said Notice of Removal has also been filed with the Clerk of Court for the 21st Judicial District Court, Parish of Livingston, State of Louisiana.

1033036.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ Cullen J. Dupuy
_____
Cullen J. Dupuy, T.A. (La. Bar Roll No. 22345)
Druit G. Gremillion, Jr. (La. Bar Roll No. 33867)
*Attorneys for Sheriff Willie Graves and Deputy Denny Perkins*