UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN P. COOK

VERSUS

LIVINGSTON PARISH DEPUTY DENNY PERKINS, ET AL

CIVIL ACTION

NUMBER 12-258-SCR

**JUDGMENT**

Judgment is hereby rendered in favor of defendants Dy. Denny Perkins, Livingston Parish Sheriff Jason Ard and former Livingston Parish Sheriff Willie Graves, and against plaintiff Stephen P. Cook, dismissing the plaintiff's claims with prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the defendants and against the plaintiff in accordance with the applicable provisions of Local Civil Rule 54.

Baton Rouge, Louisiana, January 15, 2014.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

DG